SCWC-14-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LEON MAKANALANI FAAMAMA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000061; CR. NO. 12-1-1457)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Crandall, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant's Application for Writ
of Certiorari, filed on June 21, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
held, subject to further order of this court. Any party may,
within ten days and pursuant to Rule 34(c) of the Hawai'i Rules
of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, August 3, 2016.

Thomas R. Waters
for petitioner

James M. Anderson
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Virginia L. Crandall

